## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD GAGE, individually and on behalf of all others similarly situated | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | No. 16-cv-708 |
| | : | |
| JOYA COMMUNICATIONS INC. | : | |
| | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE

TO CLERK:

Kindly enter my appearance on behalf of Defendant Joya Communications Inc.


Dated: March 22, 2016

/s/ Joshua Roberts
Joshua Roberts
Attorney ID No. 86687
Datz & Associates, LLC
1835 Market Street, 27th Floor
Philadelphia, PA 19130
jroberts@datzlegal.com
(267) 606-0529

Lauri A. Mazzuchetti (pro hac vice to be filed)
Edward J. Mullins III (pro hac vice to be filed)
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
lmazzuchetti@kelleydrye.com
emullins@kelleydrye.com
(973) 503-5910

Attorneys for Defendant
Joya Communications, Inc.

## CERTIFICATE OF SERVICE

I, Joshua Roberts, hereby certify that a true and correct copy of the Entry of Appearance was filed on this 22nd day of March, 2016 using the Court's ECF system and is available for downloading and viewing by the following:

Ari J. Scharg (Admitted Pro Hac Vice)
Edelson PC
350 North LaSalle, 13th Floor
Chicago, IL 60654

David S. Senoff
Anapol Weiss
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia, PA 19103
*Attorneys for Plaintiff*

/s/ Joshua Roberts
Joshua Roberts