IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMAD GAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOYA COMMUNICATIONS INC., a Delaware corporation,<br><br>Defendant. | CIVIL ACTION<br><br>No. 16-cv-708 |

## SUGGESTION OF DEATH OF PARTY

Pursuant to Rule 25(a)(1), counsel of record for Plaintiff Ahmed Gage hereby suggests on the record that Mr. Gage passed away during the pendency of this action.

Respectfully submitted,

Dated: July 21, 2016          By:  /s/ David S. Senoff
                              David S. Senoff (PA 65278)
                              dsenoff@anapolweiss.com
                              ANAPOL WEISS
                              One Logan Square
                              130 North 18th Street, Suite 1600
                              Philadelphia, Pennsylvania 19103
                              Tel: 215.735.1130
                              Fax: 215.790.4550

                              Ari J. Scharg*
                              ascharg@edelson.com
                              Alicia E. Hwang*
                              ahwang@edelson.com
                              EDELSON PC
                              350 North LaSalle, 13th Floor
                              Chicago, Illinois 60654
                              Tel: 312.589.6370
                              Fax: 312.589.6378

                              * Admitted *pro hac vice*

1

## CERTIFICATE OF SERVICE

I, David S. Senoff, hereby certify that I served the foregoing Suggestion of Death of Party on July 21, 2016 on the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ DAVID S. SENOFF
David S. Senoff, Esquire
