IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD GAGE | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 16-708 |
| JOYA COMMUNICATIONS INC. | : | |
| | : | |

# ORDER

      **AND NOW**, this 1ST day of August, 2016, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [X]    -    Order staying these proceedings pending disposition of a related action.

    [ ]    -    Order staying these proceedings pending determination of arbitration proceedings.

    [ ]    -    Interlocutory appeal filed

    [ ]    -    Other: Pending the Magistrate's report and recommendation.

      It is **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

*/s/ Robert F. Kelly*
ROBERT F. KELLY, J.

Civ. 13 (8/80)