IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AHMAD GAGE, individually and on          :          CIVIL ACTION
behalf of all others similarly situated      :
                                                         :
                    vs.                               :
                                                         :
JOYA COMMUNICATIONS INC.          :          NO.  16-708


**O R D E R**

     **AND NOW**, this   9th    day of November, 2016, it appearing that a Suggestion

of Death of Plaintiff Ahmad Gage having been filed and served on all counsel of record on July

21, 2016, and it further appearing that no motion has been made to substitute a new party, this

action is hereby **DISMISSED** in accordance with Fed. R. Civ. P. 25(a)(1).


BY  THE  COURT:


 /s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE